CLOSED, MOTREF, PATENT

# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:99-cv-00275-
# Internal Use Only

KX Industries L P, et al v. Recovery Engineering, et al
Assigned to: Vacant Judgeship
Referred to: Honorable Mary Pat Thynge
Demand: $0
Case in other court: USDC/DE, CA98-88 RRM
Cause: 28:1338 Patent Infringement

Date Filed: 05/04/1999
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**KX Industries L P**  represented by **Steven J. Balick**
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: sbalick@ashby-geddes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Koslow Technologies Corporation**  represented by **Steven J. Balick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Recovery Engineering, Inc.**  represented by **Patricia Smink Rogowski**
*TERMINATED: 11/09/1999*
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: progowski@cblh.com
*TERMINATED: 11/09/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Procter & Gamble Company**  represented by **Patricia Smink Rogowski**

*TERMINATED: 08/18/2000*          (See above for address)
*TERMINATED: 08/18/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pur Water Purification Products, Inc.**     represented by **Patricia Smink Rogowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Recovery Engineering, Inc.**     represented by **Patricia Smink Rogowski**
*TERMINATED: 11/09/1999*          (See above for address)
*TERMINATED: 11/09/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**KX Industries L P**     represented by **Steven J. Balick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Koslow Technologies Corporation**     represented by **Steven J. Balick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/1999 | 1 | COMPLAINT filed; Mag consent notice to pltf. FILING FEE $ 150.00 RECEIPT # 125656 (dab) (Entered: 05/05/1999) |
| 05/04/1999 | | DEMAND for jury trial by KX Industries L P, Koslow Technologies (dab) (Entered: 05/05/1999) |
| 05/04/1999 | | No summons issued. (dab) (Entered: 05/05/1999) |
| 05/04/1999 | 2 | Report to Commissioner of Patents and Trademarks. Exit original. (dab) (Entered: 05/05/1999) |
| 05/12/1999 | 3 | CASE assigned to Judge Roderick R. McKelvie . Notice to all parties. (ntl) (Entered: 05/12/1999) |
| 05/13/1999 | 4 | RETURN OF SERVICE executed as to Recovery Engineering 5/11/99 Answer due on 6/1/99 for Recovery Engineering (ntl) (Entered: |

| | | |
|---|---|---|
| | | Balick's 1/19/00 letter. (ntl) (Entered: 01/21/2000) |
| 01/24/2000 | 60 | CERTIFICATE OF SERVICE by Procter & Gamble Co. re 1st requests for admission and related interrogatory. (ntl) (Entered: 01/26/2000) |
| 01/26/2000 | 61 | STIPULATION with proposed order re expert reports and expert discovery extended 30 days. (ntl) (Entered: 01/26/2000) |
| 01/26/2000 | 62 | Letter from Patricia Rogowski, Esq. to Judge McKelvie re response to KX's letter dated 1/19/00. (ntl) (Entered: 01/27/2000) |
| 01/27/2000 | | So Ordered granting [61-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 01/27/2000) |
| 02/01/2000 | 63 | CERTIFICATE OF SERVICE by KX Industries L P, Koslow Technologies re response to dft's 2nd request for prod. of docs. (ntl) (Entered: 02/01/2000) |
| 02/03/2000 | 64 | MOTION by KX Industries L P, Koslow Technologies with Proposed Order to Amend [1-1] complaint Answer Brief due 2/17/00 re: [64-1] motion (ntl) (Entered: 02/04/2000) |
| 02/03/2000 | 65 | ==Opening Brief Filed by KX Industries L P, Koslow Technologies [64-1] motion to Amend [1-1] complaint {SEALED}. (ntl) (Entered: 02/04/2000)== |
| 02/04/2000 | | Tele-conference held; rprtr. B. Gaffigan (ntl) (Entered: 02/07/2000) |
| 02/04/2000 | 66 | CERTIFICATE OF SERVICE by KX Industries L P, Koslow Technologies re 3rd set of interrogs. (nos. 14-18). (ntl) (Entered: 02/07/2000) |
| 02/04/2000 | 67 | CERTIFICATE OF SERVICE by KX Industries L P, Koslow Technologies re 2nd request for prod. of docs. and things (nos. 54-79). (ntl) (Entered: 02/07/2000) |
| 02/04/2000 | 68 | CERTIFICATE OF SERVICE by Procter & Gamble Co. re notices of deposition for Evan Koslow, Roger Kendrick, Gordon Spilkin and Donald Caulfield. (ntl) (Entered: 02/07/2000) |
| 02/08/2000 | 69 | TRANSCRIPT filed [0-0] telephone conference for dates of 2/4/00 (ntl) (Entered: 02/09/2000) |
| 02/14/2000 | 70 | Steno Notes for 2/4/00; rprtr. B. Gaffigan (ntl) (Entered: 02/15/2000) |
| 02/16/2000 | 71 | STIPULATION with proposed order re dft's amended answer and counterclaim. (ntl) (Entered: 02/16/2000) |
| 02/17/2000 | | So Ordered granting [71-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 02/18/2000) |
| 02/17/2000 | 72 | STIPULATION with proposed order re dft's answering brief in opposition to ptfs' motion to amend complaint due 2/22/00. (ntl) (Entered: 02/18/2000) |
| 02/18/2000 | | So Ordered granting [72-1] stipulation ( signed by Judge Roderick R. |

| | | |
|---|---|---|
| | | McKelvie ) Notice to all parties. (ntl) (Entered: 02/22/2000) |
| 02/18/2000 | | Deadline updated; reset Answer Brief Deadline to 2/22/00 re: [64-1] motion to Amend [1-1] complaint (ntl) (Entered: 02/22/2000) |
| 02/18/2000 | 74 | CERTIFICATE OF SERVICE by KX Industries L P, Koslow Technologies re responses to dfts' 1st set of requests for admissions and related interrogatory. (ntl) (Entered: 02/23/2000) |
| 02/22/2000 | 73 | NOTICE by KX Industries L P, Koslow Technologies to take depositions of C. Karpinski, S. Mainquist, D. West on 3/22-24/00 (ntl) (Entered: 02/22/2000) |
| 02/22/2000 | 75 | Answer Brief Filed by Procter & Gamble Co. [64-1] motion to Amend [1-1] complaint - Reply Brief due 2/29/00 (ntl) (Entered: 02/23/2000) |
| 02/23/2000 | 76 | CERTIFICATE OF SERVICE by KX Industries L P, Koslow Technologies re 3rd request for prod. of docs. and things (nos. 80-81). (ntl) (Entered: 02/23/2000) |
| 02/28/2000 | 77 | STIPULATED PROTECTIVE ORDER with proposed order (ntl) (Entered: 02/29/2000) |
| 02/29/2000 | | So Ordered granting [77-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 02/29/2000) |
| 02/29/2000 | 78 | Reply Brief Filed by KX Industries L P, Koslow Technologies [64-1] motion to Amend [1-1] complaint {SEALED}. (ntl) (Entered: 03/01/2000) |
| 03/03/2000 | 79 | Letter from Steven Margolin, Esq. to Judge McKelvie re Dr. E. Bruce Nauman. (ntl) (Entered: 03/06/2000) |
| 03/03/2000 | 80 | Letter from Patricia Rogowski, Esq. to Judge McKelvie re Dr. E. Bruce Nauman. (ntl) (Entered: 03/06/2000) |
| 03/06/2000 | 81 | Declaration of E. Bruce Nauman, Ph.D. (ntl) (Entered: 03/06/2000) |
| 03/06/2000 | 82 | Letter from P. Rogowski, Esq. to Clerk re D.I. 81. (ntl) (Entered: 03/06/2000) |
| 03/06/2000 | 83 | MOTION by Procter & Gamble Co. with Proposed Order for Summary Judgment of noninfringement Answer Brief due 3/20/00 re: [83-1] motion (ntl) (Entered: 03/07/2000) |
| 03/06/2000 | 84 | Opening Brief Filed by Procter & Gamble Co. [83-1] motion for Summary Judgment of noninfringement {SEALED}. (ntl) (Entered: 03/07/2000) |
| 03/06/2000 | 85 | Declaration of Richard Hembree {SEALED}. (ntl) (Entered: 03/07/2000) |
| 03/06/2000 | 86 | Declaration of Ronald Westby {SEALED}. (ntl) (Entered: 03/07/2000) |
| 03/06/2000 | 87 | Declaration of Peter M. Lancaster {SEALED}. (ntl) (Entered: 03/07/2000) |
| | | |

| | | |
|---|---|---|
| | | to all parties. (ntl) (Entered: 03/27/2000) |
| 03/24/2000 | 103 | CERTIFICATE OF SERVICE by Procter & Gamble Co. re notice of deposition of Water Safety Corporation of America. (ntl) (Entered: 03/27/2000) |
| 03/27/2000 | 104 | MOTION by Procter & Gamble Co. with Proposed Order for David M. Carter, Esq. to Appear Pro Hac Vice (ntl) (Entered: 03/27/2000) |
| 03/27/2000 | 105 | MOTION by Procter & Gamble Co. with Proposed Order for David A. Ranheim, Esq. to Appear Pro Hac Vice (ntl) (Entered: 03/27/2000) |
| 03/28/2000 | | So Ordered granting [104-1] motion for David M. Carter, Esq. to Appear Pro Hac Vice granting [105-1] motion for David A. Ranheim, Esq. to Appear Pro Hac Vice ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 03/28/2000) |
| 03/29/2000 | 106 | NOTICE by Procter & Gamble Co. to take deposition of Multi-Pure Corporation on 4/10/00 (ntl) (Entered: 03/29/2000) |
| 03/31/2000 | 107 | Declaration of Peter M. Lancaster (ntl) (Entered: 04/03/2000) |
| 03/31/2000 | 108 | Letter from Patricia Rogowski, Esq. to Judge McKelvie re D.I. 107. (ntl) (Entered: 04/03/2000) |
| 04/03/2000 | 109 | MOTION by KX Industries L P, Koslow Technologies with Proposed Order for Summary Judgment of no inequitable conduct or unclean hands Answer Brief due 4/17/00 re: [109-1] motion (ntl) (Entered: 04/04/2000) |
| 04/03/2000 | 110 | Opening Brief Filed by KX Industries L P, Koslow Technologies [109-1] motion for Summary Judgment of no inequitable conduct or unclean hands {SEALED}. (ntl) (Entered: 04/04/2000) |
| 04/03/2000 | 111 | Appendix to Brief Filed by KX Industries L P, Koslow Technologies Appending [110-1] opening brief {SEALED}. (ntl) (Entered: 04/04/2000) |
| 04/03/2000 | 112 | CERTIFICATE OF SERVICE by Procter & Gamble Co. re amended notices of deposition of Thomas Gsell and Pall Corporation, and notice of deposition of Tim Donovan. (ntl) (Entered: 04/04/2000) |
| 04/04/2000 | 113 | CROSS-MOTION by KX Industries L P, Koslow Technologies with Proposed Order for Summary Judgment of Infringement Answer Brief due 4/18/00 re: [113-1] motion (ntl) (Entered: 04/04/2000) |
| 04/04/2000 | 114 | Opening Brief Filed by KX Industries L P, Koslow Technologies [113-1] motion for Summary Judgment of Infringement {SEALED}. (ntl) (Entered: 04/04/2000) |
| 04/04/2000 | 114 | Answer Brief Filed by KX Industries L P, Koslow Technologies [83-1] motion for Summary Judgment of noninfringement - Reply Brief due 4/11/00 {SEALED}. (ntl) (Entered: 04/04/2000) |
| 04/04/2000 | 115 | Appendix to Brief (vol. 1 of 2) Filed by KX Industries L P, Koslow Technologies Appending [114-1] answer brief, [114-1] opening brief |

|  |  |  |
|---|---|---|
|  |  | {SEALED}. (ntl) (Entered: 04/04/2000) |
| 04/04/2000 | 116 | Appendix to Brief (vol. 2 of 2) Filed by KX Industries L P, Koslow Technologies Appending [114-1] answer brief, [114-1] opening brief {SEALED}. (ntl) (Entered: 04/04/2000) |
| 04/10/2000 | 117 | CERTIFICATE OF SERVICE by KX Industries L P, Koslow Technologies re notice of subpoena to Multi-Pure Corporation. (ntl) (Entered: 04/11/2000) |
| 04/10/2000 | 118 | Cross-NOTICE by KX Industries L P, Koslow Technologies to take deposition of Multi-Pure Corporation on 4/10/00 (ntl) (Entered: 04/11/2000) |
| 04/10/2000 | 119 | CERTIFICATE OF SERVICE by Procter & Gamble Co. re amended notice of deposition of Multi-Pure Corporation and amended subpoena to Multi-Pure Corporation. (ntl) (Entered: 04/11/2000) |
| 04/11/2000 | 120 | CERTIFICATE OF SERVICE by KX Industries L P, Koslow Technologies re response to dft's 1st set of request for admissions. (ntl) (Entered: 04/11/2000) |
| 04/14/2000 | 121 | CERTIFICATE OF SERVICE by Procter & Gamble Co. re expert reports of Daniel McGavock, Garth Freeman and Bruce Nauman. (ntl) (Entered: 04/17/2000) |
| 04/20/2000 | 122 | CERTIFICATE OF SERVICE by KX Industries L P, Koslow Technologies re response to dft's 3rd set of requests for admissions. (ntl) (Entered: 04/24/2000) |
| 04/20/2000 | 123 | CERTIFICATE OF SERVICE by KX Industries L P, Koslow Technologies re response to dft's 3rd set of requests for the prod. of docs. (ntl) (Entered: 04/24/2000) |
| 04/20/2000 | 124 | CERTIFICATE OF SERVICE by KX Industries L P, Koslow Technologies re response to dft's 3rd set of interrogs. (ntl) (Entered: 04/24/2000) |
| 04/25/2000 | 125 | CERTIFICATE OF SERVICE by Procter & Gamble Co. re suppl. answers to ptfs' 1st set of interrogs; suppl. answers to ptfs' 3rd set of interrogs. (ntl) (Entered: 04/26/2000) |
| 04/25/2000 | 126 | CERTIFICATE OF SERVICE by Procter & Gamble Co. re answers to ptfs' 4th set of interrogs; responses to ptfs' 4th set of document requests; and dft's responses to ptfs' requests for admissions. (ntl) (Entered: 04/26/2000) |
| 04/25/2000 | 127 | Reply Brief Filed by Procter & Gamble Co. [83-1] motion for Summary Judgment of noninfringement {SEALED}. (ntl) (Entered: 04/26/2000) |
| 04/25/2000 | 127 | Answer Brief Filed by Procter & Gamble Co. [113-1] motion for Summary Judgment of Infringement - Reply Brief due 5/2/00 {SEALED}. (ntl) (Entered: 04/26/2000) |
| 04/25/2000 | 128 | Appendix to Brief Filed by Procter & Gamble Co. Appending [127-1] |

| | | |
|---|---|---|
| | | answer brief, [127-1] reply brief {SEALED}. (ntl) (Entered: 04/26/2000) |
| 04/26/2000 | 129 | Letter from Steven Balick, Esq. to Judge McKelvie re Dr. Nauman. (ntl) (Entered: 04/26/2000) |
| 04/26/2000 | 130 | Letter from Patricia S. Rogowski, Esq. to Judge McKelvie re request for oral argument on pending motions for summary judgment of infringement. (ntl) (Entered: 04/27/2000) |
| 05/01/2000 | 131 | NOTICE by KX Industries L P, Koslow Technologies to take deposition of Plymouth Products, Inc. on 5/5/00 (ntl) (Entered: 05/01/2000) |
| 05/01/2000 | 132 | Answer Brief Filed by Procter & Gamble Co. [109-1] motion for Summary Judgment of no inequitable conduct or unclean hands - Reply Brief due 5/8/00 (ntl) (Entered: 05/01/2000) |
| 05/01/2000 | 133 | Declaration of Peter M. Lancaster {SEALED}. (ntl) (Entered: 05/01/2000) |
| 05/15/2000 | 134 | Reply Brief Filed by KX Industries L P, Koslow Technologies [109-1] motion for Summary Judgment of no inequitable conduct or unclean hands {SEALED}. (ntl) (Entered: 05/16/2000) |
| 05/15/2000 | 135 | Appendix to Brief Filed by KX Industries L P, Koslow Technologies Appending [134-1] reply brief {SEALED}. (ntl) (Entered: 05/16/2000) |
| 05/15/2000 | 136 | Reply Brief Filed by KX Industries L P, Koslow Technologies [113-1] motion for Summary Judgment of Infringement {SEALED}. (ntl) (Entered: 05/16/2000) |
| 05/15/2000 | 137 | Appendix to Brief Filed by KX Industries L P, Koslow Technologies Appending [136-1] reply brief {SEALED}. (ntl) (Entered: 05/16/2000) |
| 05/18/2000 | 138 | Letter from Steven Balick, Esq. to Judge McKelvie requesting oral argument on pending motions for summary judgment. (ntl) (Entered: 05/19/2000) |
| 05/22/2000 | 139 | CERTIFICATE OF SERVICE by Procter & Gamble Co. re 2nd suppl. answers to ptfs' 1st set of interrogs. (interrog. no. 5). (ntl) (Entered: 05/23/2000) |
| 06/15/2000 | 140 | Letter from Steven Margolin, Esq. to Judge McKelvie dated 6/15/00 {SEALED}. (ntl) (Entered: 06/15/2000) |
| 06/16/2000 | | Tele-conference held; rprtr. B. Gaffigan (ntl) (Entered: 06/19/2000) |
| 06/16/2000 | 141 | Steno Notes for 6/16/00; rprtr. B. Gaffigan (ntl) (Entered: 06/19/2000) |
| 06/27/2000 | 142 | TRANSCRIPT filed [0-0] telephone conference for dates of 6/16/00 (ntl) (Entered: 06/27/2000) |
| 06/29/2000 | 143 | Letter dated 6/28/00 from Constance Huttner, Esq. to Judge McKelvie {SEALED}. (ntl) (Entered: 06/29/2000) |
| 06/30/2000 | 144 | Opening Markman Brief Filed by Procter & Gamble Co. (ntl) (Entered: 06/30/2000) |

| | | |
|---|---|---|
| 06/30/2000 | 145 | Second Supplemental Declaration of Peter Lancaster in support of dft's opening Markman brief {SEALED}. (ntl) Modified on 07/10/2000 (Entered: 06/30/2000) |
| 06/30/2000 | 146 | Opening Claim Construction Brief Filed by KX Industries L P, Koslow Technologies {SEALED}. (ntl) (Entered: 06/30/2000) |
| 06/30/2000 | 147 | Appendix to Brief Filed by KX Industries L P, Koslow Technologies Appending [146-1] opening brief {SEALED}. (ntl) (Entered: 06/30/2000) |
| 07/03/2000 | 148 | Letter dated 7/2/00 from Francis DiGiovanni, Esq. to Clerk re D.I. 145 to be filed under seal. (ntl) (Entered: 07/10/2000) |
| 07/12/2000 | 149 | Reply Brief Filed by KX Industries L P, Koslow Technologies re claim constuction {SEALED}. (ntl) (Entered: 07/13/2000) |
| 07/12/2000 | 150 | Appendix to Brief (vol. 1 of 2) Filed by KX Industries L P, Koslow Technologies Appending [149-1] reply brief {SEALED}. (ntl) (Entered: 07/13/2000) |
| 07/12/2000 | 151 | Appendix to Brief (vol. 2 of 2) Filed by KX Industries L P, Koslow Technologies Appending [149-1] reply brief {SEALED}. (ntl) (Entered: 07/13/2000) |
| 07/12/2000 | 152 | Opposition Markman Brief Filed by Procter & Gamble Co. {SEALED}. (ntl) (Entered: 07/13/2000) |
| 07/12/2000 | 153 | Third Supplemental Declaration of Peter Lancaster in support of dft's Markman memoranda {SEALED}. (ntl) (Entered: 07/13/2000) |
| 07/18/2000 | | Tele-conference held; rprtr. V. Gunning (ntl) (Entered: 07/18/2000) |
| 07/19/2000 | 154 | Addendum to STIPULATED Protective Order with proposed order (ntl) (Entered: 07/20/2000) |
| 07/21/2000 | | So Ordered granting [154-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 07/25/2000) |
| 07/21/2000 | 155 | TRANSCRIPT filed [0-0] telephone conference for dates of 7/18/00 (ntl) (Entered: 07/25/2000) |
| 07/21/2000 | 156 | Letter from P. Rogowski, Esq. to Judge McKelvie re dft's responses to ptfs' motions in limine and dft's issues. (ntl) (Entered: 07/25/2000) |
| 07/21/2000 | 157 | Proposed pre-trial order filed by KX Industries L P, Koslow Technologies, Procter & Gamble Co. (ntl) (Entered: 07/25/2000) |
| 07/21/2000 | 158 | Proposed Voir dire questions by KX Industries L P, Koslow Technologies (ntl) (Entered: 07/25/2000) |
| 07/21/2000 | 159 | Proposed Voir dire questions by Procter & Gamble Co. (ntl) (Entered: 07/25/2000) |
| 07/21/2000 | 160 | Proposed Jury instructions by KX Industries L P, Koslow Technologies; and dft's responses to ptfs' proposed instructions. (ntl) (Entered: |

| | | |
|---|---|---|
| | | 07/25/2000) |
| 07/21/2000 | 161 | Proposed Verdict Sheet filed by KX Industries L P, Koslow Technologies (ntl) (Entered: 07/25/2000) |
| 07/21/2000 | 162 | Proposed Verdict Sheet filed by Procter & Gamble Co. (ntl) (Entered: 07/25/2000) |
| 07/25/2000 | 163 | RESPONSE by KX Industries L P, Koslow Technologies in opposition to Procter & Gamble's motions in limine. (ntl) (Entered: 07/25/2000) |
| 07/26/2000 | | Pre-trial conference held; rprtr. Hawkins rprtg. (ntl) (Entered: 07/26/2000) |
| 07/26/2000 | | Markman Hearing held; rprtr. Hawkins rprtg. (ntl) (Entered: 07/27/2000) |
| 07/27/2000 | 164 | TRANSCRIPT filed [0-0] pre-trial conference, Markman hearing for dates of 7/26/00 (ntl) (Entered: 07/27/2000) |
| 08/01/2000 | 165 | Letter from Steven Balick, Esq. to Judge McKelvie encl. copy of Fiskars, Inc. v. Hunt Mfg. Co. case. (ntl) (Entered: 08/02/2000) |
| 08/03/2000 | 166 | Letter from Judge McKelvie to counsel encl. proposed order to amend caption. (ntl) (Entered: 08/04/2000) |
| 08/07/2000 | 167 | Letter from Patricia Rogowski, Esq. to Judge McKelvie dated 8/7/00 {SEALED}. (ntl) (Entered: 08/08/2000) |
| 08/08/2000 | 168 | Letter from Patricia Rogowski, Esq. to Judge McKelvie re response to ptfs' letter dated 8/1/00. (ntl) (Entered: 08/08/2000) |
| 08/09/2000 | 169 | Letter from Patricia Rogowski, Esq. to Judge McKelvie re proposed new caption. (ntl) (Entered: 08/09/2000) |
| 08/09/2000 | 170 | OPINION ( signed by Judge Roderick R. McKelvie ) copies to: cnsl. (ntl) (Entered: 08/09/2000) |
| 08/09/2000 | 171 | ORDER granting [83-1] motion for Summary Judgment of noninfringement, denying [113-1] motion for Summary Judgment of Infringement ( signed by Judge Roderick R. McKelvie ) copies to: cnsl. (ntl) (Entered: 08/09/2000) |
| 08/10/2000 | 172 | Letter from Judge McKelvie to counsel re jury trial scheduled for 9/11/00 is canceled. (ntl) (Entered: 08/11/2000) |
| 08/11/2000 | | **Terminated deadlines (ntl) (Entered: 08/11/2000) |
| 08/18/2000 | | Tele-conference held; rprtr. Hawkins rptg. (ntl) (Entered: 08/18/2000) |
| 08/18/2000 | 173 | ORDER For Entry of Judgment ( signed by Judge Roderick R. McKelvie ) copies to: cnsl. (ntl) (Entered: 08/18/2000) |
| 08/18/2000 | | **Added party Pur Water Products (ntl) (Entered: 08/18/2000) |
| 08/18/2000 | | **Terminated party Procter & Gamble Co. (ntl) (Entered: 08/18/2000) |
| 08/18/2000 | 174 | JUDGMENT for Pur Water Products against KX Industries L P, Koslow |