OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 16, 2006

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: sbalick@ashby-geddes.com

RE:  <u>KX Industries LP., and Koslow Technologies Corporation, v.</u>
     <u>Recovery Engineering, Inc., et al.</u>
     Civ. No.: 99-275 MPT

Dear Counsel:

   Pursuant to the Order entered on 8/11/06 by Judge Kent A. Jordan, the following documents are herewith being returned to you:

ITEMS:   65, 78, 110, 111, 114, 115, 116, 134, 135, 136, 137, 140, 146, 147, 149, 150, and 151.

   A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _[signature]_

I hereby acknowledge receipt of the above mentioned documents on ___8/17/06___.

_[signature]_
Signature