OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 16, 2006

Patricia Smink Rogowski
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: progowski@cblh.com

RE: **KX Industries LP., and Koslow Technologies Corporation, v. Recovery Engineering, Inc., et al.**
Civ. No.: 99-275 MPT

Dear Counsel:

Pursuant to the Order entered on 8/11/06 by Judge Kent A. Jordan, the following documents are herewith being returned to you:

ITEMS: 84, 85, 86, 87, 127, 128, 133, 143, 145, 152, 153, and 167.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _[signature]_

I hereby acknowledge receipt of the above mentioned documents on ___8/21/06___.

Signature: _[signature]_